People of the State of Illinois, appellant, v. Steve Goda, appellee. Gen. No. 39,434.

Heard in the second division of this court for the first district at the April term, 1937. Opinion filed June 29, 1937.

Thomas J. Courtney, State's Attorney, for appellant; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Frederick A. Wilson, appellee, v. Henry B. Kilgour, appellant. Gen. No. 39,446.

Heard in the second division of this court for the first district at the April term, 1937. Opinion filed June 29, 1937.

Brewer, Smith & Farrell and Schuyler, Weinfeld & Hennessy, for appellant. Harry H. Felgar, John B. King and Edward H. S. Martin, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Charles F. Grey et al., appellees, v. City of Chicago, appellant. Gen. No. 38,056.

Heard in the second division of this court for the first district at the April term, 1935. Opinion filed June 29, 1937.

William H. Sexton, Corporation Counsel, and Arthur A. Sullivan, for appellant; Joseph F. Grossman, Assistant Corporation Counsel, and Tolman, Chandler & Dickinson, of counsel. Shannon, Morrill & Johnson, for appellees.

Mr. Justice John J. Sullivan delivered the opinion of the court.

William G. McCormick, appellee, v. City of Chicago, appellant. Gen. No. 38,057.

Heard in the second division of this court for the first district at the April term, 1935. Opinion filed June 29, 1937.

William H. Sexton, Corporation Counsel, and Arthur A. Sullivan, for appellant; Joseph F. Grossman, Assistant Corporation Counsel, and Tolman, Chandler & Dickinson, of counsel. Shannon, Morrill & Johnson, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.